Opinion issued January 19, 2012

     

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 

NO. 01-12-00001-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE ICON BANK OF TEXAS, N.A., Relator

 

 



Original Proceeding on Petition for Writ of Mandamus

 

 



MEMORANDUM OPINION [1]

 

By petition for writ of mandamus,
relator, Icon Bank of Texas, seeks mandamus relief from the trial court’s
December 29, 2011 temporary restraining  order. 
We DENY  the petition for writ of mandamus.              

Per Curiam

 

Panel consists of Chief Justice Radack and Justices Higley
and Brown.    

 

       











[1]           The
underlying case is Barefoot Construction, LLC, et al. v. Coastline Homes,
LLC, et al., No. 62997 in the County Court at Law No. 1 of Galveston
County, Texas, the Hon. John Grady, presiding.